IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKERY HUNT,

        Petitioner/Plaintiff,        No. CIV S-06-0141 MCE GGH P

   vs.

R. RODRIGUEZ, et al.,

        Respondents/Defendants        <u>ORDER</u>

        _____/

        Petitioner, as plaintiff, is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983[1] and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $ 250.00 for this action.[2]  28

---

[1] By order filed on February 27, 2006, the petition filed in this case, pursuant to 28 U.S.C. § 2254, was dismissed, but plaintiff was granted leave to amend to seek relief under 42 U.S.C. §1983.

[2] Although the filing fee for a civil rights action has been $350.00 since April of 2006. Plaintiff filed this action (as a petition) in January of 2006, and amended to a civil rights action in

1

1   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $ 1.52 will be assessed by this
2   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to
3   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the
4   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the
5   preceding month's income credited to plaintiff's prison trust account.  These payments will be
6   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
7   account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
8   Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).
9   Accordingly, the request to proceed in forma pauperis will be granted.

   Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

   The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

   2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the

---

March of 2006, therefore, the current fee will not be applied.

California Department of Corrections and Rehabilitation filed concurrently herewith.

      3. Service is appropriate for the following defendants: Parole Agent R. Rodriguez; B. Buford; J. Iniguez.

      4. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 20, 2006.

      5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Four (4) copies of the endorsed complaint filed March 20, 2006.

      6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

      7. The Clerk of the Court is directed to re-designate this action in the court's docket as one brought pursuant to 42 U.S.C. § 1983.

DATED: 10/27/06                                   /s/ Gregory G. Hollows

                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKERY HUNT,

        Plaintiff,                    No. CIV S-06-0141 MCE GGH P

   vs.

R. RODRIGUEZ, et al.,           <u>NOTICE OF SUBMISSION</u>

        Defendants           <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__    completed summons form

        __3__    completed USM-285 forms

        __4__    copies of the __March 20, 2006__
                                        Complaint

DATED:

                                            _____
                                            Plaintiff