EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-6421
 Fax:  (916) 324-5205
 Email:  Jaime.Ganson@doj.ca.gov

Attorneys for Defendants Rodriguez, Buford, and Iniguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZACKERY HUNT,** | 2:06-cv-0141 MCE GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **R. RODRIGUEZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 45-day extension of time to respond to Plaintiff's Complaint.  Defendants' responses to Plaintiff's complaint shall be due on or before May 7, 2007.  No Further Extension.

DATED: 3/27/07                                      /s/ Gregory G. Hollows
                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE

hunt0141.po

*Proposed Order*
1