IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHERY HUNT,

        Plaintiff,                   No. CIV S-06-0141 MCE GGH P

       vs.

R. RODRIGUEZ, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1          1. The findings and recommendations filed February 28, 2008, are adopted in

2  full;

3          2. Defendants' motion to dismiss, filed August 20, 2007 (#27), is granted with

4  prejudice as to defendants Buford and Iniguez, and these defendants are dismissed from this

5  action.

6   Dated:  March 20, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE