1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ZACKERY D. HUNT,

11            Plaintiff,                    No. CIV S-06-0141 MCE GGH P

12        vs.

13   R. RODRIGUEZ,

14            Defendant.              <u>ORDER</u>

15   _____/

16          Plaintiff has filed documents entitled "request for admissions, request for

17   interrogatories and request for production of documents."  Plaintiff is informed that court

18   permission is not necessary for discovery requests and that neither discovery requests served on

19   an opposing party nor that party's responses should be filed until such time as a party becomes

20   dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil

21   Procedure.  Discovery requests between the parties shall not be filed with the court unless, and

22   until, they are at issue.

23          Accordingly, IT IS HEREBY ORDERED that plaintiff's March 10, 2009,

24   discovery requests (Docket Nos. 73, 74 and 75) will be placed in the court file and disregarded.

25   Plaintiff is cautioned that further filing of discovery requests or responses, except as required by

26   rule of court, may result in an order of sanctions, including, but not limited to, a recommendation

that this action be dismissed.

DATED: March 19, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
hunt0141.411