IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKERY D. HUNT,

        Plaintiff,                        No. CIV S-06-0141 MCE GGH P

      vs.

R. RODRIGUEZ,

        Defendant.               <u>ORDER</u>

        _____/

        To the extent that plaintiff seeks clarification as to why his discovery requests filed in this court were disregarded (<u>Order</u>, filed on 3/19/08), following issuance of the <u>Discovery Order</u>, filed on 3/04/09), plaintiff is again informed that his discovery requests must be served on defendant, but should not be filed in this court until and unless plaintiff takes issue with any responses provided by the defendant or with a lack of response by the defendant, at which point the requests at issue should be filed with a motion to compel discovery, pursuant to the Federal Rules of Civil Procedure.

        To the extent plaintiff takes issue with the pending motion for summary judgment, plaintiff will be granted an extension of time to file an opposition to the motion, or to make the requisite showing pursuant to Fed. R. Civ. P. 56(f), that a continuance of the motion is warranted.

\\\\\\

1

Accordingly, construing plaintiff's 3/26/09 (# 77) request for clarification in part as a request for extension of time, IT IS ORDERED that plaintiff is granted thirty days from the date of this order, to file an opposition to defendant's 2/24/09, motion for summary judgment, or to make a showing that a continuance of the motion is warranted, pursuant to Fed. R. Civ. P. 56(f).

DATED: April 8, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
hunt0141.rsp